UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CIVIL RIGHJTS COMPLAINT

United States District Court
District of Connecticut
FILED AT   BRIDGEPORT

2/21 2019
Robin D. Tabora, Clerk
By_____ Deputy Clerk

Moore, Sharon D.

Plaintiff

V.

Juda J. Epstein

Case No. 3:19cv258-CSH

### A. PARTIES

1. Sharon D. Moore is a citizen of Connecticut who presently resides at 115 Edwards Street, Bridgeport, CT 06605.

2. Defendant Juda J. Epstein is a citizen of Connecticut whose address is 3543 Main Street, Second Floor, Bridgeport, CT and who is employed as an Attorney, a court officer.

   At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? ✓ Yes ____ No. If your answer is "Yes," briefly explain:
   Attorney Epstein was an Attorney/court officer during foreclosure hearing.

### B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)
   ✓ 42 U.S.C. 1983 (applies to state defendants)
   ____ Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. 1343 (a)(3). (If you wish to assert jurisdiction Under different or additional statues, you may list them below

   N/A

   N/A

### C. NATURE OF THE CASE

BRIEFLY state the background of your case. Attorney Epstein instructed plaintiff to provide him with $100,000 which plaintiff did. He promised that he would resolve the foreclosure matter, saving the

Property and any and all outstanding financial obligations. He committed FRAUD ON THE COURT.

-2-

*Plaintiff lost both $100,000 and property.  Attorney knowingly committed foreclosure fraud,*

*Stole plaintiff's money and property via deceit.*

### D.  CAUSE OF ACTION

*I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts from the basis of my allegations:*

*CLAIM I:Procedural Due Process, as  a citizen of the U.S. my rights SHALL not abridge privileges or*

*Immunities….nor SHALL there be any deprivation of my life, liberty or property, without due process*

*Of law, and or equal protection of the laws.  Due process requires the procedures by which laws are applied MUST be evenhanded, so that I am not subjected to the arbitrary exercise of government power.*

*Attorney Epstein committed FRAUD ON COURT.  Misrepresented the material depriving me of a fair*

*Hearing.  That misrepresentation was fraudulent.  Attorney purchased injustice by buying out officers of the court.  Fraud directed to the Judicial machinery. Bullock v. U.S..  Attorney used Attorney client privilege, excusable negligence, plausible deniability and an omission of critical facts that would allow plaintiff means to establish A CAUSE OF ACTION.  Attorney an officer tainted judicial machinery by*

*Perpetuating fraud, made material misrepresentation to court.*

*CLAIM II: Attorney misrepresented plaintiff, did not act and or speak in plaintiff's behalf, allowed plaintiff's money to be disspated through court.  There is no accountable record of monies plaintiff gave to Attorney Epstein.  Procedural due process rules are meant to protect plaintiff from deprivation*

*Of property.  Plaintiff was not afforded opportunity for confrontation and cross examination, and for*

*Discovery, that a decision be made base on the record.  There were no reasonable followup measures*

*Made available.  Defendant committed fraudulent misrepresentation.  A representation was made,*

*Representation was was false, when made defendant knew representation was false, fraudulent misrepresentation made with intention that plaintiff rely on it, plaintiff did rely on fraudulent misrepresentation.*

*CLAIM III:  Attorney maliciously used authority over plaintiff and directly engaged in actions against*

*Plaintiff. Attorney trespassed to person of plaintiff.  Plaintiff has right to protection of self and property.  Rights infringed by Attorney.  Used fraud and deception to take monies and property without plaintiff*

*Fully aware of defendant's intent to keep property for his self.  Defendant committed theft via deceit.*

*Again Fraud On The Court Attorney wrongfully, and knowingly presented material misrepresentation to the court. The impartiality of the court so disrupted it can't perform its task without bias or prejudice.*

*Unconscionable schemes to deceive or make misrepresentations through court system.*

### E. REQUEST FOR RELIEF

*I request the following relief: Request vacate and or void orders and judgement. Loss due to unlawful Conduct thus seeking recovery $100,000(loss), Punitive damages $3.5 million, Compensatory damages, $3.5, Total $7.1 Million.*

### F. JURY DEMAND

Do you wish to have a jury trial? Yes **X**    NO ____

_____          *Sharon Moore*
Original signature of attorney (If any)            Plaintiff's Original Signature

Printed Name **SHARON MOORE**              Printed Name _____

_____   **Sharon Moore**
                                                            **5 Edwards Street**
                                                            **Bpt. CT 06606  203-212-1803**
_Attorney's full address and telephone       Plaintiff's full address and telephone

### DECLARATYION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true And correct. 28 U.S.C 1746; 18 U.S.C. 1621.

Executed at **Bridgeport, CT** on **Feb, 18, 2019**
             (location)                              (date)

*Sharon Moore*
Plaintiff's Original Signature

Case 3:19-cv-00258-CSH   Document 1   Filed 02/21/19   Page 4 of 10

FOR OFFICIAL USE ONLY

01

SHARON D MOORE

Page 1 of 2

## CLASS ACTION CLAIM FORM

PLEASE FULLY COMPLETE THIS CLAIM FORM AND SIGN IT BELOW. INCOMPLETE CLAIM FORMS WILL BE DEEMED INVALID AND THE CLAIM MAY BE DENIED.

IF MORE THAN ONE PERSON IS NAMED AS AN ADDITIONAL INSURED OR INSURED ON THE POLICY(S) AND THEIR NAME APPEARS ABOVE, THEN ALL NAMED ADDITIONAL INSUREDS OR INSUREDS MUST COMPLETE AND SIGN THIS CLAIM FORM.

**TO BE COMPLETED BY ALL PERSONS LISTED ABOVE:**

1. Claimant's Name: SHARON D. MOORE

   Co-Claimant's Name (if applicable):

2. Claimant(s)' Current Address (if different from the address on the envelope enclosing this Claim Form): 115 Edwards Street, Bridgeport, CT 06606-3006

3. State in which property securing loan is located: NEW JERSEY

4. Claimant's Date of Birth: ___/___/___

   Co-Claimant's Date of Birth (if applicable): ___/___/___

5. Claimant(s)' Home Telephone Number: (203) 212-1803

6. Claimant's Social Security Number: 0583 (last four digits only)

   Co-Claimant's Social Security Number (if applicable): ___ (last four digits only)

**CLAIMS ARE SUBJECT TO AUDIT AS DESCRIBED IN THE INSTRUCTIONS. CLAIMANTS ARE CAUTIONED NOT TO SUBMIT FRAUDULENT CLAIMS AS ALL CLAIMS ARE SUBJECT TO AUDIT.**

PLEASE BE ADVISED THAT YOU SHOULD NOT ANSWER "YES" OR "NO" TO BOTH QUESTIONS BELOW. FOR EXAMPLE, IF YOU ANSWER "YES" TO QUESTION NO. 2 INDICATING THAT YOU PAID ALL OR A PORTION OF THE PREMIUM THEN YOU SHOULD MARK "NO" TO QUESTION NO. 1.

**QUESTION 1.** HAVE YOU BEEN CHARGED BY CALIBER FOR, AND **STILL OWE** AND **HAVE NOT PAID**, THE PREMIUM ON A HAZARD, FLOOD, FLOOD GAP OR WIND-ONLY LENDER-PLACED INSURANCE POLICY COVERING YOUR RESIDENTIAL PROPERTY.
☐ Yes  ☒ No

**QUESTION 2.** HAVE YOU BEEN CHARGED BY CALIBER FOR **AND PAID** ALL OR A PORTION OF THE PREMIUM ON A HAZARD, FLOOD, FLOOD GAP OR WIND-ONLY LENDER-PLACED INSURANCE POLICY COVERING YOUR RESIDENTIAL PROPERTY.
☐ Yes  ☒ No

If you ONLY answered "Yes" to **Question 1** above, complete Section 1 below of this Claim Form **only** and follow the instructions to mail in the Claim Form.

If you ONLY answered "Yes" to **Question 2** above, please complete Sections 1 and 2 below, sign the form, and provide **ONE** of the following:

(1) The signature of a witness who is 18 or older, **OR**

(2) A copy of a valid form of identification that contains a signature and photograph of the Claimant(s), **OR**

(3) A copy of a Caliber mortgage statement issued to Claimant(s),

**OR**

(4) A completed notary verification which is provided with this CLAIM FORM.

YOU ONLY NEED TO PROVIDE ONE OF THE ABOVE FORMS OF PROOF OF IDENTITY





TRA3-D-015484/002833 ACWFD0 S1-E6-M1-C00020

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL RIGHTS COMPLAINT

2019 FEB 21  P 12: 36

Sharon Moore
_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

John Doe

Case No. 3:19cv258 CSH
(To be supplied by the court)

_____
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

A. PARTIES

1. Sharon Moore (Plaintiff) is a citizen of Connecticut (State) who presently resides at 115 Edwards St, Bpt, CT 06605 (mailing address)

2. Defendant John Doe (name of first defendant) is a citizen of Connecticut (State) whose address is N/A and who is employed as Attorney (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No.  If your answer is "Yes," briefly explain: *ATTORNEY EXECUTED FRAUD ON COURT Re. FORECLOSURE*

3. Defendant _____ is a citizen of _____
   (name of second defendant)                                              (State)

whose address is _____

and who is employed as _____
                         (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No.  If your answer is "Yes," briefly explain:

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES."  Be sure to include each defendant's complete address and title.)

## B.  JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   ✓ _____   42 U.S.C. § 1983 (applies to state defendants)

   _____   **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3).  (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   N/A
   N/A

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. Attorney instructed plaintiff to provide him with monies to save her property. He committed fraud on the court. Plaintiff lost both property and money, foreclosure fraud while under color of law

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Fraud Misrepresentation... shall not abridge the privilege of Citizen of U.S. deprive of rights and property

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) Attorney purchased injustice by buying out officers of the court. Fraud directed to the Judicial Machinery Bullock v. U.S. Attorney used attorney client privilege, excusable negligence, plausible deniability and an omission of critical facts that would allow the aggrieved party no means to establish a cause of action accompanied by demurrers, motion for summary judgement and other means of avoiding discovery Re: complaint. Judicial Machinery tainted Attorney, who is officer of court perpetrated fraud, made material misrepresentations to court

**Claim II:** Attorney misrepresented plaintiff, did not act and or speak in plaintiff's behalf, allowed her money to be dissipated thru court

**Supporting Facts:** Plaintiff seeks to recover compensatory damages against defendant who committed fraudulent misrepresentation. A representation was made, representation was false, when made defendant knew the representation was false, fraudulent misrepresentation made with intention that plaintiff rely on it, plaintiff did rely on fraudulent misrepresentation, plaintiff suffered harm as result of fraudulent misrepresentation.

**Claim III:** Malicious prosecution used authority over litigant and directly engaged in action against litigant

**Supporting Facts:** Tresspass to person have right to protect rights and property. Rights infringed by attorney. Used fraud and deception to take property, without plaintiff fully aware of defendants intent to keep property for his self. Defendant committed theft, stealing appropriated property, depriving plaintiff thereof via deceit

## E. REQUEST FOR RELIEF

I request the following relief:

FRAUd UPON COURT MAKES Void the ORDERS AND JUdGEMENTS of the COURT, LOSS due to UNLAWFUL CONduct thus, SEEKINg RECOVERY $100,000 (LOSS), PUNITIVE damAge $3.5 MILLION, COMPENSATORY $3.5 MILLION TOTAL $7.1 MILLION

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes  X    No ____

_____    *Sharon Moore*
Original signature of attorney (if any)    Plaintiff's Original Signature

_____    SHARON MOORE
Printed Name    Printed Name

    SHARON MOORE
    115 EDWARDS ST.
    Bpt, CT 06606

(  )    (203) 212-1803
Attorney's full address and telephone    Plaintiff's full address and telephone

    sharonDeNise Moore@gmail.com
Email address if available    Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Bridgeport, CT  on  February 18, 2019
                 (location)                         (date)

    *Sharon Moore*
    Plaintiff's Original Signature

(Rev. 3/21/16)

5

S. Magett
115 Edwards St.
Bpt, CT 06605

Court Clerk
U.S. Court District
915 Lafayette B...
Bpt...